IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES HENSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:18-cv-01102-ELH |
| NATURMED, INC., d/b/a INSTITUTE FOR VIBRANT LIVING. | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT PROPOSED SCHEDULING ORDER

Plaintiff James Henson and Defendant NaturMed, Inc., d/b/a The Institute for Vibrant Living, by their undersigned attorneys, hereby submit this Joint Proposed Scheduling Order as follows:

| EVENT | PROPOSED DATE |
|---|---|
| Defendants shall Answer or otherwise respond to Complaint | On or before August 10, 2018 |
| Initial conference | August 22, 2018 |
| Joinder of parties | October 15, 2018 |
| Further amendment of pleadings | October 15, 2018 |
| Plaintiff's expert reports in support of class certification | November 1, 2018 |
| Defendants' expert reports in opposition to class certification | December 7, 2018 |
| Parties' rebuttal reports regarding class certification | December 28, 2018 |
| Discovery deadline for class issues | January 18, 2019 |
| Commencement of merits discovery | January 18, 2019 |
| Plaintiff's motion for class certification and *Daubert* motions on Defendant's class experts | February 15, 2019 |

| EVENT | PROPOSED DATE |
|---|---|
| Plaintiff's 26(a)(2) disclosures on merits issues | March 8, 2019 |
| Defendant's opposition to motion for class certification, Defendant's opposition to Plaintiff's *Daubert* motions on Defendant's class experts, and Defendant's *Daubert* motions on Plaintiff's class experts | March 27, 2019 |
| Defendant's 26(a)(2) disclosures on merits issues | April 12, 2019 |
| Plaintiff's reply in support of class certification and Plaintiff's opposition to Defendant's *Daubert* motions | April 17, 2019 |
| Plaintiff's rebuttal 26(a)(2) disclosures | April 26, 2019 |
| Defendant's reply to Plaintiff's opposition to Defendant's *Daubert* motions | May 8, 2019 |
| Class certification hearing and hearing on *Daubert* motions | To be determined |
| Deadline for merits discovery | May 31, 2019 |
| Dispositive pretrial motions deadline | June 28, 2019 |

Dated:  August 27, 2018                    Respectfully submitted,


                                                */s/ Cheryl Zak Lardieri*
                                                Linda S. Woolf
                                                Richard M. Barnes
                                                Cheryl Zak Lardieri
                                                Goodell, DeVries, Leech & Dann LLP
                                                One South Street, 20th Floor
                                                Baltimore, Maryland  21202
                                                (410) 783-4000
                                                (410) 783-4040 Facsimile

                                                **Attorneys for Defendant NaturMed, Inc.**
                                                ***d/b/a The Institute for Vibrant Living***

                                                  */s/ Charles H. Edwards IV*
                                                  Charles H. Edwards IV
                                                  Law Office of Barry R. Glazer, LLC
                                                  P.O. Box 27166
                                                  1010 Light Street
                                                  Baltimore, Maryland  21230
                                                  (410) 547-8568
                                                  (410) 547-0036 Facsimile

                                                  ***Attorney for Plaintiff James Henson***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

                                                */s/ Cheryl Zak Lardieri*
                                                Cheryl Zak Lardieri

4838-2621-9376, v. 1